1 MARK J. REICHEL, Bar #155034
  Attorney At Law
2 455 Capitol Mall, 3rd Floor, Suite 350
  Sacramento, California 95814
3 Telephone: (916) 498-9258
  Fax:     (916) 441-6553
4 mark@reichellaw.com
  www.reichellaw.com
5

6 Attorney for Defendant
  LORI ZOVAL
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR-S-10-265 GEB
                                    )
              Plaintiff,            )  **STIPULATION TO VACATE**
12                                  )  **CURRENT JURY TRIAL DATE AND**
       v.                           )  **TO RE SET DATE FOR JURY TRIAL**
13                                  )  **AND TRIAL CONFIRMATION**
                                    )  **HEARING; ORDER**
14 LORI ZOVAL.                      )
                                    )
15         Defendants.              )  DATE: November 8, 2011
                                    )  TIME: 9:00 a.m.
16                                  )  JUDGE: The Honorable Garland E. Burrell
                                       Jr.
17 _____

18      It is hereby stipulated between the parties, through their counsel, that the present

19 date for jury trial be vacated and re calendared for November 8, 2011 at 9:00 a.m.  Further,

20 the date for the trial conformation hearing shall be set for October 14, 2011 at 9:00 a.m.

21      Defense counsel for Ms. Zoval has extensive commitments in other criminal and

22 civil matters, and the parties are also in negotiations to resolve the matter.

23      Accordingly, all counsel and defendant agree that time under the Speedy Trial Act

24 from the date this stipulation is lodged, through November 8, 2011 should be excluded in

25 computing the time within which trial must commence under the Speedy Trial Act,

26 pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

27

28 Stip

Dated: August 29, 2011

By:     /s/ Mark J. Reichel
        Attorney for Defendant
        LORI ZOVAL

Dated: August 29, 2011

By:     /S/CAMIL SKIPPER

        CAMIL SKIPPER
        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to the sections set forth in this stipulation of the parties.

Dated:  August 31, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stip                                        2