BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORI ZOVAL,<br><br>Defendant. | CASE NO. 10-265 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: January 6, 2012<br>TIME: 9 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED that the Judgment and Sentencing, currently set for January 6, 2012 at 9 a.m., be vacated and a new date of February 17, 2012 at 9 a.m. be set for Judgment and Sentencing. This is to allow for further preparation for the Plaintiff.

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Plaintiff

By: /s/ Mark Reichel

1

Mark Reichel
Attorney for the Defendant

ORDER

IT IS SO ORDERED.

Dated: November 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge