| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | CAMIL A. SKIPPER |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone:    (916) 554-2709 |
| | Facsimile:     (916) 448-2900 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | UNITED STATES OF AMERICA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-cr-00265-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR** |
| | ) | **CONTINUANCE OF JUDGMENT** |
| v. | ) | **AND SENTENCING;** |
| | ) | **PROPOSED ORDER** |
| LORI ZOVAL, | ) | |
| | ) | **CURRENT HEARING:  [6-15-12]** |
| Defendant. | ) | **PROPOSED HEARING:  [8-3-12]** |
| | ) | |
| | ) | |

   Plaintiff United States of America, by and through its attorneys of record, Assistant U.S. Attorneys CAMIL SKIPPER and AUDREY HEMESETH, and defendant LORI ZOVAL, both individually and by and through her counsel of record, MARK REICHEL, hereby stipulate as follows:

   1.   Defendant pleaded guilty to Count 1 on October 21, 2011.  Judgment and sentencing were set for January 6, 2012, at which time defendant was allowed to remain on pretrial release.

   2.   By this stipulation, the parties jointly move to continue judgment and sentencing to August 3, 2012, at 9:00 A.M.  This is the fifth request for a continuance.

   3.   The parties request the continuance based upon the following facts:

a. The probation officer is scheduled to interview defendant on May 30, 2012.

b. The probation officer believes a hearing on August 3, 2012, will allow sufficient time to complete the draft Presentence Report and allow for informal and formal objections to the Report.

4. The government has stated that it is disinclined to agree to further continuances of the sentencing hearing without a status hearing before the Court.

IT IS SO STIPULATED.

Dated: May 30, 2012                                   BENJAMIN B. WAGNER
                                                      United States Attorney


                                                      /s/ Camil A. Skipper
                                                  By: CAMIL A. SKIPPER
                                                      Assistant United States Attorney

                                                      Attorneys for Plaintiff
                                                      UNITED STATES OF AMERICA


Dated: May 30, 2012                                   /s/ Mark Reichel
                                                      MARK REICHEL

                                                      Attorney for Defendant
                                                      LORI ZOVAL

**ORDER**

The following sentencing schedule shall be observed:

| | |
|---|---|
| Judgment and Sentencing Date: | August 3, 2012 at 9:00 A.M. |
| Reply, or Statement of Non-Opposition: | July 27, 2012 |
| Motion for Correction filed: | July 20, 2012 |
| Presentence Report filed: | July 13, 2012 |
| Informal Objections submitted: | July 6, 2012 |
| Presentence Report disclosed: | June 22, 2012 |

IT IS SO ORDERED.

**Date: 5/31/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge