BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-265 GEB |
| Plaintiff, | NOTICE OF STIPULATION REGARDING RESTITUTION AND [PROPOSED] ORDER |
| v. | |
| LORI ZOVAL, | DATE: November 2, 2012 |
| | TIME: 9:00 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, Assistant U.S. Attorneys Camil A. Skipper and Audrey B. Hemesath, and defendant Lori Zoval, both individually and by and through her counsel of record, Mark Reichel, hereby stipulate as follows:

1. Defendant shall pay restitution in the amount of $190,000, payment to begin immediately.

2. Restitution is to be sent to the Clerk of the Court, who shall forward it to the victims as described in the Victim

1

Impact Section of the Advisory Guideline Presentence Investigation Report dated August 17, 2012.

3. If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter, and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

4. Interest is waived.

DATED: October 31, 2012
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: October 31, 2012
/s/ Mark Reichel
MARK REICHEL
Attorney for Defendant

ORDER

It is so ordered. Further, the restitution hearing scheduled for November 2, 2012, is vacated.

Dated: November 1, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge